## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CERDA GODINEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>GUZMAN, et al.,<br><br>                    Defendants. | 3:21-cv-00314-RCJ-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants Tanisha Mauirhead-Henry and Sean Johnson, who are no longer employees of the Nevada Department of Corrections. (ECF No. 39.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 40.) If Plaintiff wishes to have the U.S. Marshal attempt service on these Defendants, he shall follow the instructions contained in this order.

The Clerk shall ISSUE summonses for Tanisha Mauirhead-Henry and Sean Johnson and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 40.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 37), the screening order, (ECF No. 36), and this order to the U.S. Marshal for service on the Defendants.  The Clerk shall SEND to Plaintiff two (2) USM-285 forms. **Plaintiff shall have to and including <u>Friday, August 12, 2022</u>, to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.**

If Plaintiff fails to follow this order, the above-named Defendants may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED:  July 20, 2022.



UNITED STATES MAGISTRATE JUDGE