1  AARON D. FORD
    Attorney General
2  KAYLA D. DORAME, Bar No. 15533
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1259
5  E-mail: kdorame@ag.nv.gov

6  *Attorneys for Defendants*
   *Douglas Edwards, Jose Guzman,*
7  *Macelen Kleer, Chet Rigney*

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10  JOSE CERDA GODINEZ,
                                          Case No.  3:21-cv-00314-RCJ-CSD
11               Plaintiff,

12  vs.                                          **ORDER OF**
                                          **DISMISSAL WITH PREJUDICE**
13  GUZMAN, et al.,

14               Defendants.

15      Plaintiff, Jose Cerda Godiez, in pro se, Defendants Douglas Edwards, Jose

16  Guzman, Macelen Kleer, and Chet Rigney, by and through counsel, Aaron D. Ford,

17  Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney

18  General, and Defendant Tanisha Henry, by and through counsel, Derek Linford of the

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   Law Firm of Messner Reeves, hereby stipulate that the above-captioned action should be

2   dismissed with prejudice by order of this Court, with each party to bear his own costs.

3   DATED this ⟵day of   March    2023.        DATED this _27 day of _March_____, 2023.

4                                               AARON D. FORD
                                                Attorney General
5

6   By: _____         By: _____/s/ Kayla D. Dorame_____
         Jose Cerda Godinez (#1237690)            KAYLA D. DORAME, Bar No. 15533
7        *Pro Se*                                 *Attorneys for Defendants*
                                                  *Douglas Edwards, Jose Guzman,*
8                                                 *Macelen Kleer and Chet Rigney*

9

10  DATED this ⟵ day of _March_____, 2023.

11

12  MESSNER REEVES

13

14  By: _____
         DEREK LINFORD, Bar No. 14909
15       *Attorneys for Defendant*
         *Tanisha Henry*
16

17

18                                              IT IS SO ORDERED.

19

20                                              _____
                                                US DISTRICT JUDGE
21                                              DATED: _April 10, 2023_____

22

23

24

25

26

27

28

2